THE STATE EX REL. FANT, APPELLANT, *v.* TOBER, APPELLEE.

[Cite as *State ex rel. Fant v. Tober* (1993), 68 Ohio St.3d 117.]

(No. 93–831—Submitted October 12, 1993—Decided December 29, 1993.)

*Henry J. Fant, pro se.*

*Juan Edgardo Adorno,* for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., not participating.

THE STATE EX REL. FANT, APPELLANT, *v.* TOBER, APPELLEE.

[Cite as *State ex rel. Fant v. Tober* (1993), 68 Ohio St.3d 117.]

(No. 93–1321—Submitted October 12, 1993—Decided December 29, 1993.)

*Henry J. Fant, pro se.*

*Edward J. Opett,* for appellee.

The judgment of the court of appeals is affirmed.